◆ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 17, 2025**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Demaine, Jessica Anne | Docket No. | 0980 2:25CR00075-RLP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jessica Anne Demaine, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 9th day of June 2025 (ECF No. 123), as well as 7th day of July 2025 (ECF No. 135), under the following conditions:

**Condition #11:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 9, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Demaine. She acknowledged an understanding of the release conditions at that time.

**Violation #1:** Jessica Anne Demaine is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about December 13, 2025.

On December 15, 2025, Ms. Demaine reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of cocaine, MDMA, amphetamine and methamphetamine. Due to miscommunication amongst PHS staff, the urine specimen was not sent for laboratory confirmation. However, Ms. Demaine admitted she ingested methamphetamine on or about "Friday Night" and signed a substance abuse admission form.

On December 16, 2025, Ms. Demaine reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine, amphetamine and MDMA. Ms. Demaine signed a substance abuse admission form acknowledging she ingested methamphetamine on the early morning hours of December 13, 2025.

Subsequently, the urine specimen collected on December 16, 2025, was sent for laboratory confirmation. As of the date of this petition, the laboratory results have yet to be received.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   December 17, 2025 |
| | by | s/Erik Carlson |
| | | Erik Carlson
U.S. Pretrial Services Officer |

Re: Demaine, Jessica Anne
December 17, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

December 17, 2025
Date